IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHRISTOPHER LEE SCALLIONS,
Plaintiff,

v.

LAUDERDALE COUNTY, *et al,*
Defendants

No.  04-2556
Judge Mays
Magistrate Judge Pham

## ORDER

Upon consent of the plaintiff and Lauderdale County, based upon this court's Order

granting Dyer County's Motion to Dismiss the plaintiff's claims for punitive damages brought

under 42 USC §1983 against Lauderdale County and against Deputies Kenneth N. Nelson and

Kenneth Richardson in their official capacities,  the parties agree that the punitive damage claims

brought under 42 USC §1983 against Lauderdale County and against Deputies Kenneth N.

Nelson and Kenneth Richardson acting in their official capacities should be dismissed without

prejudice.  Therefore, it is **ORDERED** that the punitive damage claims under federal law against

Lauderdale County and Deputies Kenneth N. Nelson and Kenneth Richardson acting in their

official capacities are dismissed.

The plaintiff's claims for punitive damages under 42 USC §1983 against Kenneth N.

Nelson and Kenneth Richardson in their <u>individual</u> capacities and the plaintiff's claims for

punitive damages under state law are <u>not</u> dismissed.

This **24th** day of May, 2005.

Samuel H. Mays, Jr.
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _5-24-05_



Approved for Entry:
GLANKLER BROWN

THOMASON, HENDRIX, HARVEY,
JOHNSON & MITCHELL, PLLC


By: _____
Robert F. Hutton
Attorney for Plaintiff

By: _____
Kemper B. Durand
Attorney for Lauderdale County


s/ Michael W. Whitaker by KBDurand of permission
Michael W. Whitaker
Attorney for Kenneth Richardson

s/ Michael Dunavant by KB Durand w/permission
D. Michael Dunavant
Attorney for Kenneth N. Nelson

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CV-02556 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Michael W. Whitaker
WHITAKER LAW FIRM
P.O. Box 1024
Covington, TN 38019

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Samuel Mays
US DISTRICT COURT