IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHRISTOPHER LEE SCALLIONS,
    Plaintiff,

v.

LAUDERDALE COUNTY, *et al,*
    Defendants

No. 04-2556
Judge Mays
Magistrate Judge Pham

## ORDER

Upon consent of the plaintiff and Lauderdale County, based upon this court's Order granting Dyer County's Motion to Dismiss the plaintiff's claim brought pursuant to the Tennessee Governmental Tort Liability Act ("TGTLA")(TCA 29-20-205), the parties agree that the TGTLA against Lauderdale County should be dismissed without prejudice. Therefore, it is

**ORDERED** that the TGTLA claim against Lauderdale County is dismissed, *without prejudice.*

This **24th** day of May, 2005.

_____
Samuel H. Mays, Jr.
United States District Judge

Approved for Entry:
GLANKLER BROWN

By: _____
Robert L. Hutton
Attorney for Plaintiff

THOMASON, HENDRIX, HARVEY,
JOHNSON & MITCHELL, PLLC

By: _____
Kemper B. Durand
Attorney for Lauderdale County

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 5-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CV-02556 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Michael W. Whitaker
WHITAKER LAW FIRM
P.O. Box 1024
Covington, TN 38019

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Samuel Mays
US DISTRICT COURT