IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHRISTOPHER LEE SCALLIONS,

    Plaintiff,

VS.                                 NO. 04-2556-MaP

LAUDERDALE COUNTY, TN, ET AL.,

    Defendants.

ORDER GRANTING MOTION TO RESET TRIAL DATE

    Before the court is the June 21, 2005, motion of defendants Dyer County, John Justiss and John Cannon, requesting that the trial in this matter be reset. Pursuant to the motion, a conference was held on July 27, 2005. For good cause shown, the motion is granted. The parties shall submit a joint proposed pretrial order by 5:00 p.m. on March 24, 2006. A **pretrial conference** will be held on **Friday, March 31, 2006, at 1:30 p.m.** The **jury trial** is reset to **Monday, April 10, 2006, at 9:30 a.m.** and is expected to last 5 days.

    The parties will seek private mediation before September 30, 2005.

    It is so ORDERED this 18th day of August, 2005.

                                               SAMUEL H. MAYS, JR.
                                               UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-24-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CV-02556 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT