IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14 PM 1:46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

CHRISTOPHER LEE SCALLIONS,         )
                                   )
       Plaintiff,                  )
                                   )
vs.                                )   Civ. No. <u>04-2556-Ma/P</u>
                                   )
LAUDERDALE COUNTY, TENNESSEE,      )
et al.,                            )
                                   )
       Defendants.                 )

## AMENDED SCHEDULING ORDER

On September 12, 2005, plaintiff moved the court to amend the scheduling order, entered on March 22, 2005. For good cause shown, and defendants having no opposition thereto, the motion is GRANTED. The court's scheduling order is hereby amended as follows:

**COMPLETING ALL DISCOVERY**: December 31, 2005

**EXPERT WITNESS DISCLOSURE (Rule 26)**:

    (1)    **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: October 15, 2005
discovery

    (2)    **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: November 30, 2005

The parties are directed to engage in mediation by November 1, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-14-05

(56)

The dates previously set for the proposed joint pretrial order, pretrial conference, and jury trial, shall remain the same.

IT IS SO ORDERED.

/s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge

September 14, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:04-CV-02556 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT