IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

CHRISTOPHER LEE SCALLIONS,
    Plaintiff

v.

LAUDERDALE COUNTY, TENNESSEE;
KENNETH N. NELSON; KENNETH
RANDALL RICHARDSON, a/k/a "Bull;"
DYER COUNTY, TENNESSEE;
JOHN JUSTISS; and JOHN CANNON,
    Defendants

Docket No.: 04-2556-Ma-Ph

**Jury Demand**

## CONSENT ORDER MODIFYING SCHEDULING ORDER

**IT APPEARING TO THE COURT** that, the parties agree certain scheduling deadlines previously ordered, need to be extended by sixty days.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED BY CONSENT,** that the scheduling order is amended as follows:

- Plaintiffs Expert Disclosures:    November 15, 2005
- Defendant's Expert Disclosures:    December 30, 2005
- Completion of Discovery:    January 31, 2005

Additionally, it is ordered by consent that the parties shall mediate this case by November 1, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-19-05

It is so ordered, by consent, this 15 day of September, 2005.

_____
Tu M. Pham
United States Magistrate Judge

We Consent:

_____
Robert L. Hutton
C. Barry Ward
Glankler Brown, PLLC
1700 One Commerce Square
Memphis, Tennessee 38103
Attorneys for Plaintiff

_____
Kemper B. Durand
THOMASON, HENDRIX, HARVEY,
JOHNSON & MITCHELL, PLLC
29th Floor, One Commerce Square
Memphis, Tennessee 38103
Attorneys for Lauderdale County

_____
J. Thomas Caldwell
THE LAW OFFICE OF
CALDWELL THOMAS
114 Jefferson Street
Ripley, Tennessee 38063

_____
Michael W. Whitaker
P. O. Box 1024
Covington, Tennessee 38019
Attorney for Kenneth Richardson

2

*Mike Dunavant by BJK*
D. Michael Dunavant
Bank of Ripley Building
P. O. Box 150
Ripley, Tennessee 38063
Attorney for Kenneth N. Nelson

*Brandon Gibson by BJK*
Ms. Brandon Gibson
Mr. Jim Penecost
106 Stonebridge Boulevard
Jackson, Tennessee 38305
Attorneys for Dyer County

F:\CLIENTS\Scallions, Christopher (16595)\Scallions v. Lauderdale County (37541)\FEDERAL COURT PLEADINGS\CONSENT ORDER MODIFYING SCHEDULING ORDER.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CV-02556 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Honorable Samuel Mays
US DISTRICT COURT