IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 26  PM 12: 06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CHRISTOPHER LEE SCALLIONS, )
)
Plaintiff, )
)
vs. )   Civ. No. <u>04-2556-Ma/P</u>
)
LAUDERDALE COUNTY, TENNESSEE, )
et al., )
)
Defendants. )

**ORDER GRANTING LEAVE TO FILE AMENDMENT TO FIRST AMENDED COMPLAINT**

This cause came to be heard upon Christopher Scallions' Motion for Leave to File Amendment to First Amended Complaint due to information discovered in Sheriff Craig's deposition.

**IT APPEARING TO THE COURT** that the motion is well taken and should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED,** that Christopher Scallions is granted leave to file an amendment to his first amended complaint. Plaintiff shall file his amended complaint within five (5) days from the date of this order, with service upon the defendants.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

<u>October 26, 2005</u>
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-27-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:04-CV-02556 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

Honorable Samuel Mays
US DISTRICT COURT