IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHRISTOPHER LEE SCALLIONS,

    Plaintiff,

VS.                                    NO. 04-2556-MaP

LAUDERDALE COUNTY, TENNESSEE, ET AL.,

    Defendants.

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

    Before the court is the November 7, 2005, unopposed motion filed by defendants Dyer County, John Justiss, and John Cannon, requesting an extension of time within which to file a response to the defendant Lauderdale County's motion for judicial inquiry into joint representation of Dyer County defendants. For good cause shown, the motion is granted. The defendants shall have additional time to and including November 18, 2005, within which to file a response.

    It is so ORDERED this 18th day of November, 2005.

                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-23-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:04-CV-02556 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Honorable Samuel Mays
US DISTRICT COURT