001-085-00

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 12 AM 10: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
MEMPHIS

| | |
|---|---|
| CHRISTOPHER LEE SCALLIONS ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | |
| v. ) | Case No.: 04-2556 Ma-Ph |
| ) | |
| LAUDERDALE COUNTY, TENNESSEE ) | |
| KENNETH N. NELSON, KENNETH RANDALL ) | |
| RICHARDSON, a/k/a "Bull;" DYER COUNTY, ) | |
| TENNESSEE; JOHN JUSTISS and JOHN ) | |
| CANNON ) | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DYER COUNTY, TENNESSEE, JOHN JUSTISS, AND JOHN CANNON

Come the parties, by and through their respective attorneys, and move the Court that all the Plaintiff's claims against Dyer County, Tennessee, John Justiss and John Cannon be dismissed with prejudice.

IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED that the claims of the Plaintiff, Christopher Scallions, against Dyer County, Tennessee, John Justiss and John Cannon are hereby dismissed with prejudice as an adjudication on the merits, and it is further,

ORDERED that no attorney's fees or expenses will be awarded to the Plaintiff pursuant to statute or common law against Dyer County, Tennessee, John Justiss, or John Cannon, and no discretionary costs or expenses will be requested by the Plaintiff by or from Dyer County, Tennessee, John Justiss, or John Cannon, and no such fees, costs or expenses will be awarded or assessed against Dyer County, John Justiss, or John Cannon.

IT IS SO ORDERED

This the 9th day of December, 2005.

_____
JUDGE SAMUEL MAYS

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-13-05

Page 1 of 2

78

APPROVED FOR ENTRY:

**PENTECOST, GLENN & RUDD, PLLC**

By: *Brandon O. Gh*
James I. Pentecost (011640)
Brandon O. Gibson
106 Stonebridge Blvd
Jackson, TN 38305
(731) 668-5995


**GLANKLER BROWN, PLLC**

By: *Robert L. Hutton*
Robert Hutton
Barry Ward
GLANKLER BROWN
1700 One Commerce Square
Memphis, TN 38103


### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was delivered to all counsel of record on or before the filing date hereof.

This the 9th day of December, 2005.

*Brandon C. Gh*
James I. Pentecost
Brandon O. Gibson

SERVED UPON:

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Kemper B. Durand
THOMASON, JENDRIX, HARVEY
JOHNSON & MITCHELL
29th Floor, One Commerce Square
Memphis, TN 38103

D. Michael Dunavant
Bank of Ripley Building
P.O. Box 150
Ripley, TN 38063

Michael W. Whitaker
Attorney at Law
P.O. Box 1024
Covington, TN 38019

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:04-CV-02556 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Honorable Samuel Mays
US DISTRICT COURT