IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHRISTOPHER LEE SCALLIONS,
    Plaintiff,

v.

LAUDERDALE COUNTY, *et al*,
    Defendants

No. 04-2556
Judge Mays
Magistrate Judge Pham

## AGREED ORDER EXTENDING SCHEDULE

Pursuant to previous orders of this court [Docket Entries No. 17, 33, and 57], the current date by which Dispositive Motions are to be filed is December 15, the current date by which Lauderdale County is to disclose its expert witnesses is December 30, and the current date by which depositions are to be taken is January 31, 2006. Upon consent, it is ordered that the following new deadlines shall be used in this case:

- The defendants shall disclose their expert witnesses on or before January 31, 2006;

- Dispositive motions shall be filed on or before January 15, 2006;

- The deadline for the taking of expert witness depositions is February 15, 2006.

It is also ordered that the trial date of April 10, 2006, will remain in place.

This December 12, 2005.

~~Samuel H. Mays, Jr.~~ Tu M. Pham
United States ~~District~~ Judge
Magistrate

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 79 in case 2:04-CV-02556 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Honorable Samuel Mays
US DISTRICT COURT