IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 13 PM 5: 06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF ___ -- HIS

CHRISTOPHER LEE SCALLIONS,          )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )
                                     )        No. 04-2556 Ma/P
LAUDERDALE COUNTY, TENNESSEE,        )
et al.,                              )
                                     )
        Defendants.                  )
                                     )

## ORDER DENYING DEFENDANT LAUDERDALE COUNTY'S MOTIONS FOR LEAVE TO FILE A CROSS-CLAIM AND FOR JUDICIAL INQUIRY INTO JOINT REPRESENTATION

Before the court are two motions filed by Defendant Lauderdale County, Tennessee ("Lauderdale County"), a Motion for Judicial Inquiry into Joint Representation, filed on October 20, 2005, and a Motion for Leave to File a Cross-Claim, filed on November 16, 2005. The first motion concerned the joint representation of Dyer County, Tennessee ("Dyer County"), John Justiss ("Justiss"), and John Cannon ("Cannon") by one law firm. The second motion sought leave to file a cross-claim against Dyer County. On December 12, 2005, the court filed an order dismissing Dyer County, Justiss, and Cannon with prejudice.

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-14-05

Therefore, both of Lauderdale County's motions are DENIED as moot.

So ordered this 13th day of December 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:04-CV-02556 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

David Michael Dunavant
CARNEY WILDER & DUNAVANT
Bank of Ripley Building
Ripley, TN 38063

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT