IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

CHRISTOPHER LEE SCALLIONS,

    Plaintiff,

VS.                                     NO. 04-2556-MaP

LAUDERDALE COUNTY, ET AL.,

    Defendants.

---

### ORDER DENYING MOTIONS AS MOOT

---

Before the court are the following motions: Defendant Lauderdale County's motion for judicial inquiry filed October 20, 2005, D.E. No. 63), and defendant Dyer County's motion for contempt filed October 11, 2005, D.E. No. 58). Because the court has entered an order dismissing defendants John Justiss, John Cannon, and Dyer County, D.E. No. 78, the motions are moot and are therefore DENIED.

It is so ORDERED this 19th day of December, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

docket sheet in compliance
12-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 85 in case 2:04-CV-02556 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

J. Thomas Caldwell
CALDWELL & FITZHUGH
114 Jefferson Street
Ripley, TN 38063

Michael W. Whitaker
WHITAKER LAW FIRM
7054 Highway 64
Oakland, TN 38060

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

David Michael Dunavant
CARNEY WILDER & DUNAVANT
134 N. Jefferson St.
Ripley, TN 38063

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Samuel Mays
US DISTRICT COURT